1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10 | TERRELL D. JOHNSON,

Case No. LACV 19-6120-VAP (LAL)

11 | Petitioner,

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

12 | v.

13 | RAYMOND MADDEN,

14 | Respondent.

15

16

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's

18  Report and Recommendation, Petitioner's Objections and the remaining record, and has made a

19  *de novo* determination.

20      Petitioner's Objections lack merit for the reasons stated in the Report and

21  Recommendation.

22      Accordingly, IT IS ORDERED THAT:

23      1.      The Report and Recommendation is approved and accepted;

24  ///

25  ///

26  ///

27

28

1      2.      Judgment be entered denying the Petition and dismissing this action with

2              prejudice; and

3      3.      The Clerk serve copies of this Order on the parties.

4

5

6  DATED: May 13, 2021

   _____
   HONORABLE VIRGINIA A. PHILLIPS
7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28