**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. JOHNSON, | Case No. LACV 19-6120-VAP (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 13, 2021

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE